AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF  NEVADA

KRISTY FINOIMOANA, et al.,

     Plaintiffs,         JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER:  **3:11-CV-00722-RCJ-VPC**

FIRST HORIZON HOME LOAN
CORP., et al.,

     Defendants.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (# 4) is **GRANTED**.
    **IT IS FURTHER ORDERED** that the Motion to Dismiss and Expunge Lis Pendens (#14) is **GRANTED**.

   December 12, 2011                             **LANCE S. WILSON**
                                                     Clerk

                                                   D. R. Morgan
                                                 Deputy Clerk